**21SL-CC01705**

Exhibit **1**A

IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY, MISSOURI
ASSOCIATE CIRCUIT DIVISION

| | |
|---|---|
| BRIDGECREST ACCEPTANCE CORPORATION ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. Division |
| RICHARD SADDLER ) 413 GENOA DR. ) MANCHESTER, MO 63021-6474 ) ) | |
| Defendant. ) | |

Electronically Filed - St Louis County - April 15, 2021 - 08:46 AM

## PETITION

COMES NOW, Plaintiff, BRIDGECREST ACCEPTANCE CORPORATION, and for its cause of action against Defendant, RICHARD SADDLER, states as follows:

1. This Court has original jurisdiction over this controversy, as Defendant contracted with Plaintiff and transacted business in this State, resulting in damage to Plaintiff and producing an actionable consequence in this state, and as such jurisdiction over Defendant is conferred upon this Court pursuant to Mo. Rev. Stat. 506.500 (1) and (2). Venue in this Circuit is proper because the transactions at issue were executed in this Circuit.

2. Plaintiff and Defendant entered into a written contract. A copy of said written contract is attached hereto and marked "Exhibit A".

3. Plaintiff fully performed as agreed.

4. Defendant breached said written contract by failing to pay to Plaintiff the full agreed sum and now owes Plaintiff in the amount of $25,986.70, plus interest at the statutory rate of 9.00% from and after the date of judgment.

5. Demand has been made upon Defendant, but the balance remains due and unpaid.

WHEREFORE, Plaintiff, BRIDGECREST ACCEPTANCE CORPORATION, prays for judgment against Defendant RICHARD SADDLER, for the sum of $25,986.70, for interest thereon at the statutory rate of 9.00% per annum from and after the date of judgment, and court costs.

BERMAN & RABIN, P.A.

_____
Courtney M. George, #56123
cgeorge@bermanrabin.com
Daniel S. Rabin, #37315
drabin@bermanrabin.com
P.O. Box 480707
Kansas City, MO 64148
Phone: (816) 361-4848
ATTORNEYS FOR PLAINTIFF

2465319-178