# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION AT ST. LOUIS

| | |
|---|---|
| BRIDGECREST ACCEPTANCE CORPORATION, an Arizona Corporation, | )<br>)<br>) |
| Plaintiff/Counter-claim Defendant, | )<br>) |
| v. | ) Civil Action No. 4:21-cv-01096-JCH<br>) |
| RICHARD SADDLER, | )<br>)<br>) |
| Defendant/Counter-claim Plaintiff, | )<br>) |
| RICHARD SADDLER | )<br>)<br>) |
| Third-party Plaintiff | )<br>) |
| v. | )<br>) |
| DRIVETIME AUTOMOTIVE GROUP, INC., a Delaware Corporation, SILVERROCK GROUP, INC., a Delaware Corporation, and CARVANA, LLC, an Arizona Limited Liability Company, | )<br>)<br>)<br>)<br>)<br>) |
| Third-party Defendants. | )<br>) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Bridgecrest Acceptance Corporation ("Bridgecrest"), DriveTime Automotive Group, Inc. ("DriveTime"), SilverRock Group, Inc. ("SilverRock"), and Carvana, LLC ("Carvana") (collectively, the "Corporate Parties") hereby discloses the following organizational interests for each of the Corporate Parties, respectively:

1. Bridgecrest is a corporation, which: (a) has no parent companies or corporations; (b) has no subsidiaries that are not wholly owned by it; and (c) does not have ten percent (10%) or more of its stock owned by any publically held company or corporation;

2. DriveTime is a corporation, which: (a) has no parent companies or corporations; (b) has no subsidiaries that are not wholly owned by it; and (c) does not have ten percent (10%) or more of its stock owned by any publically held company or corporation;

3. SilverRock is a corporation, which: (a) has Bridgecrest as its parent corporation; (b) has no subsidiaries that are not wholly owned by it; and (c) does not have ten percent (10%) or more of its stock owned by any publically held company or corporation; and

4. Carvana is an Arizona limited liability company whose members are: (i) Carvana Group, LLC, a Delaware limited liability company; and (ii) Carvana Co. Sub LLC, a Delaware limited liability company.

This 11th day of November, 2021.  Respectfully submitted,

*s/ William A. Brasher*
William A. Brasher (Mo. Bar #30155)
**BOYLE BRASHER LLC**
1010 Market Street, Ste. 950
St. Louis, Missouri 63104
Phone: (314) 621-770
Facsimile: (314) 621-1088
wbrasher@boylebrasher.com

and

Christopher W. Cardwell (Mo. Bar # 49583)
M. Thomas McFarland (*pro hac vice* forthcoming), #033432 (TN)
**GULLETT SANFORD ROBINSON & MARTIN PLLC**
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Phone: (615) 244-4994
Facsimile: (615) 256-6339
ccardwell@gsrm.com
tmcfarland@gsrm.com

*Counsel for Bridgecrest Acceptance Corporation, Carvana, LLC, SilverRock Group, Inc., and DriveTime Automotive Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

Richard Saddler
413 Genoa Drive
Manchester, MO 63021

*s/ William A. Brasher*