Case: 4:21-cv-01096-JCH  Doc. #: 16-6  Filed: 11/15/21  Page: 1 of 1 PageID #: 178

## Registration on HOLD - FINAL NOTICE

From: Registration (registration@carvana.com)

To: ricksaddler@yahoo.com

Date: Friday, April 19, 2019, 03:33 PM CDT

April 19, 2019

Richard Saddler
413 Genoa Dr
Manchester, Missouri 63021

Dear Mr. Saddler,

Thank you for choosing Carvana for the purchase of your vehicle. We have been attempting to reach you regarding additional required documents needed to complete the title and registration for your purchase with Carvana. We have been unsuccessful in our attempts and would like to get your registration back on track as quickly as possible to avoid potential fees as well as you driving illegally. Please provide the item(s) we've requested or contact our Post Sale team at 844-507-3599 within 5 days from the date of this letter to complete your vehicle contract.

- 2018 PPT
- Original ID/OD
- Original Emissions
- Updated Insurance

We very much want your Carvana experience to be successful. If we're unable to complete our vehicle title and registration process to move it to you or your lien holder's name, we will reach out to our legal team to determine next best steps.

If you have any additional questions or concerns, please contact our Post Sale team at 844-507-3599. We are confident we can work together to resolve any issues you may be having.

Sincerely,
Carvana Title and Registration
registration@carvana.com