```
DEALER# ***********************************************************************
 D7090   DRIVE TIME/DRIVE TIME CAR SALES CO LLC         PHONE: 314-824-1170
         3062 PERSHALL RD             ST LOUIS       MO 63136 COUNTY: ST LOUIS COUNTY
         OWNERS:   SCHEITZACH CLAY               REESE DONALD
         OWNERS:   GAUDREAU DANIEL
         REG: 01/01/20      EXP: 21 BIG-PLTS:  18   SMALL-PLTS:   0 TOTAL-PLTS:   18
         UNITS SOLD IN 2021  NEW:         0  USED:      670 TOTAL:       670
         UNITS SOLD IN 2020  NEW:         0  USED:      787 TOTAL:       787
         UNITS SOLD IN 2019  NEW:         0  USED:    1,196 TOTAL:     1,196
         UNITS SOLD IN 2018  NEW:         1  USED:    1,230 TOTAL:     1,231
         UNITS SOLD IN 2017  NEW:         3  USED:    1,626 TOTAL:     1,629
         UNITS SOLD IN 2016  NEW:         5  USED:    2,041 TOTAL:     2,046
         UNITS SOLD IN 2015  NEW:         1  USED:    2,122 TOTAL:     2,123
         UNITS SOLD IN 2014  NEW:         5  USED:    1,990 TOTAL:     1,995
         UNITS SOLD IN 2013  NEW:         7  USED:    1,015 TOTAL:     1,022
         UNITS SOLD IN 2006  NEW:         2  USED:      137 TOTAL:       139
```