## Saddler no-title case

From: ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
To: richardsaddler@yahoo.com
Cc: ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
Date: Wednesday, April 28, 2021, 01:35 PM CDT

Richard:

Please see attached client agreement. If it meets your approval, please sign and email back your scanned signature page. As discussed, if we see any issues with your case once we begin to review all the relevant documents, we would let you know immediately.

Please forward all documents and correspondence related to the sale and financing of the vehicle, including all the pleadings and correspondence related to the prior lawsuit.

See also attached the lawsuit filed by the finance company.

Call me with any questions.

Sincerely,



NOTICE: E-mail to and/or from clients of this firm presumptively contain privileged, private, and confidential information. E-mail to and/or from non-clients are presumptively confidential, private, and may be privileged. The information transmitted is intended only for the person or entity to which it is addressed. Any review, retransmission, dissemination or other use of this information, directly or indirectly, by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from all computers and systems in which it resides. Any third-party that facilitates the transmission of and/or otherwise handles this, or other, email(s), directly or indirectly, related to the sender and/or recipient, understands and agrees, and accordingly amends any applicable agreements or terms, that this email, and all of its related information, is private, privileged, and confidential, and that we do not waive any right or claim, nor release any right or claim, nor hold harmless or indemnify anyone under any circumstances.

pdf(62).pdf
675.7kB

2021_04_28-SADDLER-ADMIN-RetainerAgreement contingency.pdf
76.9kB