## Submit a Case Auto Confirmation

From:  info@jamsadr.com

To:    richardsaddler@yahoo.com

Date:  Thursday, May 6, 2021, 10:20 AM CDT

Thank you for submitting your case information. A JAMS professional will contact you shortly.