## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BRIDGECREST ACCEPTANCE CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:21CV1096 JCH<br>)<br>) |
| RICHARD SADDLER, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Remand, filed September 29, 2021. (ECF No. 8). After careful consideration of the parties' submissions, the Court will now grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (ECF No. 8) is **GRANTED**, and this case is **REMANDED** to the Circuit Court of St. Louis County, Missouri. An appropriate Order of Remand will accompany this Order.

Dated this   16th   Day of December, 2021.

\s\  Jean C. Hamilton
UNITED STATES DISTRICT JUDGE