# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRIDGECREST ACCEPTANCE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )     No. 4:21CV1096 JCH ) ) |
| RICHARD SADDLER, | ) ) ) |
| Defendant. | ) |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of St. Louis County, State of Missouri.

Dated this   16th   Day of December, 2021.

\s\  Jean C. Hamilton
UNITED STATES DISTRICT JUDGE